```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JOEL FLORES, ELIEZER FLORES,                                :
DENIS DLORES, EDER FLORES,                                  :
JAVIER MURILLO, EDWIN MURILLO,                              :
                                                            :
                           Plaintiffs,                      :
                                                            :
                -v-                                         :
                                                            :
CLAREMONT PROPERTIES, LLC a/k/a                             :
COUTINHO PROPERTIES PLUS ULTRA                              :
a/k/a COUTINHO PROPERTIES et al.,                           :
                                                            :
                           Defendants.                      :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: November 27, 2017

17-cv-1316 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

The Court has reviewed the November 21, 2017 submission from plaintiffs' counsel in support of the settlement agreement in this action.  (ECF No. 48.)  This settlement was reached after a nine-hour mediation session with JAMS.  The Court has carefully reviewed the proposed settlement and finds that it is fair and reasonable.  See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).

The Court notes that the amount of fees and costs for which plaintiff's counsel seeks reimbursement ($75,956.14 for the contingent fee and $3,861 for costs/disbursements, amounting to a total of $79,817.14) is 27% of the total settlement amount of $296,000, though the attorney-client retainer agreement allowed for up to one-third of the total.  (ECF Nos. 48-1 at 2, 48-2 at 10.)  The Court's approval is not based on plaintiffs' counsel's hourly rate; rather, it is based

on the total dollar value of the reimbursement provided for by the agreement, and the fact that it is less than that which the retainer provides for.

For these reasons, the settlement agreement (ECF No. 48-1) is approved as fair and reasonable in all respects.

SO ORDERED.

Dated:   New York, New York
         November 27, 2017

_____
KATHERINE B. FORREST
United States District Judge